# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| KATHLENE FRIEDA VELTCAMP, | Case No. 1:17-cv-00580 GSA |
|---|---|
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | **ORDER DIRECTING THE CLERK OF THE COURT TO SERVE PLAINTIFF WITH MAGISTRATE JUDGE CONSENT FORM** |
| Defendant. | |
| | **ORDER DIRECTING PLAINTIFF TO COMPLETE AND FILE THE MAGISTRATE JUDGE CONSENT FORM NO LATER THAN JUNE 16, 2017.** |
| | (Doc. 2) |

Plaintiff, Kathlene Veltcamp ("Plaintiff") requested leave to proceed in forma pauperis. (Doc. 2). A review of Plaintiff's application reveals that she has made the requisite showing under 28 U.S.C. § 1915(a). Accordingly, her application to proceed in forma pauperis is GRANTED.

The Clerk of the Court shall serve Plaintiff with a Consent to Magistrate Judge Assignment or Request for Reassignment Form. Plaintiff shall complete the form and send a copy

1

to the Court for filing no later than **June 16, 2017**. Completion of this form is necessary to determine the assignment of the judge in this case.

IT IS SO ORDERED.

    Dated:   **May 4, 2017**                     **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE