# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLENE VELTCAMP,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | **1:17-cv-580-GSA**<br><br>**ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHALS SERVICE WITHOUT PAYMENT OF COSTS** |

The Court previously found service of the second amended complaint appropriate. The Clerk of the Court is directed to forward the service documents filed by the Plaintiff on August 30, 2017 (Doc. 16) to the United States Marshals Service ("USM"). The USM shall serve a copy of the second amended complaint (Doc. 12), the summons (Doc. 14), and this order upon all required defendants. All costs of service shall be advanced by the United States.

IT IS SO ORDERED.

    Dated: __October 5, 2017__            /s/ Gary S. Austin
                                                       UNITED STATES MAGISTRATE JUDGE